The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Thomas James Synan, II
    v. Commonwealth of Virginia
    Record No. 0795-15-2
    Opinion rendered by Judge Alston on
    January 24, 2017

2.  Manneh Vay
    v. Commonwealth of Virginia
    Record No. 0053-16-2
    Opinion rendered by Judge Russell on
    January 31, 2017

3.  Arthur G. Kahn
    v. Commonwealth of Virginia
    Record No. 0982-16-4
    Opinion rendered by Judge Chafin on
    January 31, 2017

4.  Abdul Lateef Salahuddin
    v. Commonwealth of Virginia
    Record No. 1874-15-2
    Opinion rendered by Judge Decker on
    January 31, 2017

5.  Jennifer Jo Broadous
    v. Commonwealth of Virginia
    Record No. 0169-16-1
    Opinion rendered by Judge Humphreys on
    February 7, 2017

6.  Sheng Jie Jin
    v. Commonwealth of Virginia
    Record No. 0457-16-2
    Opinion rendered by Judge Petty on
    February 14, 2017

7.  Alfred Banks, Jr.
    v. Commonwealth of Virginia
    Record No. 2055-15-2
    Opinion rendered by Judge Decker on
    February 14, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Bruce Edison Parham
    v. Commonwealth of Virginia
    Record No. 0772-14-1
    Opinion rendered by Judge Decker
      on April 7, 2015
    Refused (150671)

2. Angela Maye Holt
    v. Commonwealth of Virginia
    Record No. 1252-14-1
    En Banc opinion rendered by Judge Chafin
      on April 12, 2016
    Refused (160760)

3. Timothy Lawerence Doscoli
    v. Commonwealth of Virginia
    Record No. 0517-15-3
    Opinion rendered by Judge Petty
      on June 21, 2016
    Refused (161075)

4. Mall Amusements, LLC, d/b/a King Pinz
    v. Virginia Department of Alcoholic Beverage Control
    Record No. 1893-15-4
    Opinion rendered by Judge Beales
      on September 13, 2016
    Refused (161435)